NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1053, -1111

BECTON, DICKINSON AND COMPANY,

Plaintiff-Cross Appellant,

v.

TYCO HEALTHCARE GROUP, LP,

Defendant-Appellant.

Appeals from the United States District Court for the District of Delaware
In case no. 02-CV-1694, Chief Judge Gregory M. Sleet.

ON MOTION

Before BRYSON, Circuit Judge.

ORDER

Tyson Healthcare Group, LP moves without opposition for a 45-day extension of time, until July 16, 2009, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 12 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Amy K. Wigmore, Esq.
John M. Skenyon, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 12 2009

JAN HORBALY
CLERK